# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>_____<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.: *7:20-cv-00707-MCR-GRJ* |

## **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. _____, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

I. **DEFENDANTS**

    1.    Plaintiff(s) name(s) the following Defendants in this action:

        _____    3M Company

        _____    3M Occupational Safety LLC

        _____    Aearo Holding LLC

        _____    Aearo Intermediate LLC

        _____    Aearo LLC

        _____    Aearo Technologies LLC

II. **PLAINTIFF(S)**

    2.    Name of Plaintiff:

    3.    Name of spouse of Plaintiff (if applicable to loss of consortium claim):

    4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

5. State(s) of residence of Plaintiff(s):

   [                                    ]

## III. **JURISDICTION**

6. Basis for jurisdiction (diversity of citizenship or other):

   [                                    ]

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

   [                                    ]

## IV. **USE OF DUAL-ENDED COMBAT ARMS EARPLUG**

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

   _____ Yes

   _____ No

## V. **INJURIES**

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

   _____ Hearing loss

   _____ Sequelae to hearing loss

   _____ Other [specify below]

   [                                    ]

## VI. CAUSES OF ACTION

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

    _____        Count I – Design Defect – Negligence

    _____        Count II – Design Defect – Strict Liability

    _____        Count III – Failure to Warn – Negligence

    _____        Count IV – Failure to Warn – Strict Liability

    _____        Count V – Breach of Express Warranty

    _____        Count VI – Breach of Implied Warranty

    _____        Count VII – Negligent Misrepresentation

    _____        Count VIII – Fraudulent Misrepresentation

    _____        Count IX – Fraudulent Concealment

    _____        Count X – Fraud and Deceit

    _____        Count XI – Gross Negligence

    _____        Count XII – Negligence Per Se

    _____        Count XIII – Consumer Fraud and/or Unfair Trade Practices

    _____        Count XIV – Loss of Consortium

    _____        Count XV – Unjust Enrichment

    _____        Count XVI – Punitive Damages

_____    Count XVII – Other [specify below]

[ ]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

[ ]

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

[ ]

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

[ ]

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: _____

Respectfully submitted,

*/s/ W. Troy Bouk*
W. Troy Bouk, Florida Bar No. 43384
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: 850-435-7155 / Fax: 850-436-6155
Email: tbouk@levinlaw.com

*Attorney for Plaintiff*